United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER MILLS | § | |
| Plaintiff | § § § | |
| v. | § | Case No. 2:18-CV-00323 |
| EXPERT FIRE AND SAFETY, LLC | § § | |
| Defendant | § | |

## FINAL JUDGMENT

In accordance with the jury verdict rendered on May 25, 2022, the Court hereby ORDERS that Plaintiff Jennifer Mills take nothing on her claims. Final judgment is entered in favor of Defendant, Expert Fire and Safety, LLC. The Clerk of Court is ORDERED to close this case.

Signed this 14th day of June 2022

David S. Morales
United States District Judge